UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 14-CV-23617-MGC

IDEAL DRTV, LLC,

      Plaintiff,

vs.

TV PROMOTIONS USA, LLC;
SUNSHINE TRADING, LLC;
WSR & ASSOCIATES, INC.;
GLOBAL CONCEPTS SOLUTIONS, INC.;
GLOBAL INTERNATIONAL GROUP, INC.;
and WILSON SANDOVAL, *individually*;

      Defendants.

_____/

## SETTLEMENT AGREEMENT AND CONSENT TO PERMANENT INJUNCTION AND FINAL ORDER

Plaintiff, IDEAL DRTV, LLC, (hereinafter referred to as "Plaintiff" or "IDEAL"), by and through its undersigned attorney, and Defendant, WILSON SANDOVAL (hereinafter referred to as "SANDOVAL"), and Defendants, TV Promotions USA, LLC; Sunshine Trading, LLC; WSR & Associates, Inc.; Global Concepts Solutions, Inc.; and Global International Group, Inc. (hereinafter collectively referred to as "Corporate Defendants"), hereby enter into the following Settlement Agreement and Consent to Permanent Injunction and Final Order (hereinafter referred to as "Agreement"):

1. SANDOVAL and Corporate Defendants agree and stipulate to the following facts and findings:

   A. This Court has jurisdiction of Plaintiffs and SANDOVAL and Corporate Defendants, as well as the Subject Matter of this action.

   B. IDEAL is the exclusive license holder of the distinctive trademarks and/or copyrighted properties identified by the registrations indexed as Exhibits "A", "B", and "C" to the Complaint [DE 1] and hereinafter referred to as the "Trademarks".

Initials: IDTV
IDEAL     WS      TV     SUNSHINE    WSR    GLOBAL   GLOBAL INT'L

The registrations are valid and subsisting and are conclusive proof of the Plaintiff's right to the Trademarks.

C. SANDOVAL and Corporate Defendants have never been authorized by IDEAL to market and offer merchandise that incorporates IDEAL's Trademarks, including but not limited to the Hot Shapers and Hot Belt identified on Exhibit 1 (hereinafter referred to as the "Unauthorized Merchandise").

D. IDEAL has suffered and is suffering irreparable injury as a result of SANDOVAL'S and Corporate Defendants' marketing and offering the Unauthorized Merchandise. IDEAL will continue to suffer irreparable harm and injury should a Permanent Injunction not be issued.

2. SANDOVAL[1] and Corporate Defendants shall immediately cease marketing and offering the Unauthorized Merchandise, or other commercial exploitation of any kind of merchandise bearing unauthorized simulations, reproductions, counterfeits, copies, or colorable imitations of the Trademarks, or bearing a design that is of a substantially similar appearance to the Trademarks.

3. SANDOVAL and Corporate Defendants, their officers, agents, employees, affiliates, divisions, and subsidiaries agree that, in the future, they shall not market and/or offer the Unauthorized Merchandise, or otherwise traffic any goods bearing unauthorized simulations, reproductions, counterfeits, copies, or colorable imitations of the Trademarks, or bearing a design that is of substantially similar appearance to the Trademarks, including, but not limited to the following exploits:

A. SANDOVAL and Corporate Defendants agree not to employ any internet domain names in connection to the marketing and offering of any of the Unauthorized Merchandise and any competitive products that that could confuse the general public that they are on a domain where they are purchasing the Unauthorized Products, such as, but not necessarily limited to www.hhotshapers.com, www.comprehotshapers.net, and www.tryhotshapers.com[2]. SANDOVAL and

---

[1] For purposes of this entire Agreement "SANDOVAL" shall include Wilson Sandoval, individually, as well as any entity Sandoval has any type of interest or affiliation in; be it an owner, shareholder, member, director, officer, employee, representative, or agent, including as well any subsidiaries, assigns, successors, and partnerships.

[2] As added consideration to this Agreement, SANDOVAL and/or Corporate Defendants agree to transfer any and all rights of these domains to IDEAL or its designated assignee. SANDOVAL hereby warrants that www.shapers.tv does not belong to him, nor does he have any interests in same.

Initials: [signature]

| IDEAL | WS | TV | SUNSHINE | WSR | GLOBAL | GLOBAL INT'L |

    Corporate Defendants agree to refrain from using any domain name with the combination of the words "hot", "shapers", and/or "belt" marketing and offering of any of the Unauthorized Merchandise and any competitive products, and refrain from using any domains which will cause any confusion, deception, and mistake in that the buying public will conclude that such Competitive Merchandise is the Unauthorized Merchandise.

B. SANDOVAL and Corporate Defendants agree not to use in any of its advertisements, marketing, and/or offering materials, internet or otherwise, any images first contained in any advertisements, marketing, and/or offering materials including, but not limited to the images contained in Exhibit 1, herein. This prohibition shall also apply to any models previously employed by IDEAL.

C. SANDOVAL and Corporate Defendants agree not to employ any logos, symbols, emblems or designs that are substantially similar to the appearance of any one currently employed by IDEAL, including, but not limited to the those contained in Exhibit 1, herein. In any case, SANDOVAL and Corporate Defendants agree to refrain from using similar colors (yellow), the letter "S", an encircled "S" (or any other encircled letter), and encircled vertical wavy lines (as depicted in Exhibit 1, herein) in any manner whatsoever in the use of any its logos, symbols, emblems or designs related to the marketing and offering of any of the Unauthorized Merchandise and any competitive products.

D. SANDOVAL and Corporate Defendants agree not to use in any of its advertisements, marketing, and/or offering materials, internet or otherwise, related to the marketing and offering of any of the Unauthorized Merchandise and any competitive products the word "Neotex", and any combination of the words "Hot" and "Shapers" and "Hot" and "Belt".[3]

4. SANDOVAL and Corporate Defendants agree and stipulate that they have no infringing and counterfeiting merchandise bearing the Trademarks in their possession or control or, that if they have any such remaining infringing or counterfeit

---

[3] Nothing herein shall preclude SANDOVAL and Corporate Defendants from marketing and/or offering other merchandise ("Competitive Merchandise") provided such Competitive Merchandise does not infringe upon the Trademarks, and which will cause the likelihood of confusion, deception, and mistake in that the buying public will conclude that such Competitive Merchandise is the Unauthorized Merchandise.

Initials: _JMV_  ____  ____  ____  ____  ____  ____
        IDEAL   WS   TV   SUNSHINE   WSR   GLOBAL   GLOBAL INT'L

merchandise, they will turn over such merchandise to IDEAL's counsel upon execution of this Agreement. Further, Defendants state that they have turned over to IDEAL's counsel documents or records in their possession, custody or control related to their sale, purchase, manufacture, or offer for sale of counterfeit or infringing merchandise covered by this Agreement, and if SANDOVAL or Corporate Defendants out of the counterfeit or infringing merchandise is not evidenced by such documents, SANDOVAL or Corporate Defendants have provided their best information concerning the identity and location of the source of the counterfeit and infringing merchandise to IDEAL's undersigned counsel, as well as the identities of any person or entity to whom SANDOVAL and/or Corporate Defendants have sold or transferred any counterfeit or infringing merchandise.

5. SANDOVAL and Corporate Defendants state that they will cooperate with IDEAL's ongoing investigation concerning the source, marketing and offering for sale of the Unauthorized Merchandise including, but not limited to, providing a sworn statement, which shall include all information regarding the source of the Unauthorized Merchandise as well as SANDOVAL'S and/or Corporate Defendants' sales and distribution of the Unauthorized Merchandise.

6. SANDOVAL and/or Corporate Defendants shall pay damages to IDEAL in the amount of Fifteen Thousand Dollars ($15,000.00), joint and severally liable. SANDOVAL and/or Corporate Defendants shall reimburse IDEAL in the amount of seven hundred dollars ($700.00) representing its costs incurred in the instant matter, joint and severally liable. SANDOVAL and/or Corporate Defendants shall reimburse IDEAL in the amount of five thousand dollars $5,000.00 representing its attorney's fees in the instant matter, joint and severally liable. Finally, SANDOVAL and/or Corporate Defendants shall pay to IDEAL one hundred thousand dollars ($100,000.00) as a fine pursuant to 15 U.S.C. §1114 and §1117, joint and severally liable. **However, any and all of the amounts listed in this paragraph shall not be collectible and shall be suspended. Any and all of the amounts listed in this paragraph shall only be collectible upon a finding by the Court, after Final Judgment or Order, that SANDOVAL or any of the Corporate Defendants have**

Initials: _IMV_
  IDEAL   WS    TV    SUNSHINE   WSR    GLOBAL   GLOBAL INT'L

<u>violated any material provision of this Agreement by a preponderance of the evidence</u>.

7. SANDOVAL and Corporate Defendants stipulate and agree to entry of a Permanent Injunction and Final Order against them in the form attached as Exhibit 2, forever enjoining them from marketing and offering the Unauthorized Merchandise, or other commercial exploitation of any kind of merchandise bearing unauthorized simulations, reproductions, counterfeits, copies, or colorable imitations of the Trademarks, or bearing a design that is of a substantially similar appearance to the Trademarks.

8. SANDOVAL and Corporate Defendants stipulate that they shall be in default of this Agreement by failing to turn over to IDEAL'S undersigned counsel any counterfeit or infringing merchandise knowingly in SANDOVAL'S and/or Corporate Defendants' possession at the time this Agreement is executed, or by knowingly misrepresenting their source of the counterfeit or infringing merchandise or to whom they have sole and distributed the counterfeit or infringing merchandise, or if they ever against violated any of IDEAL'S exclusive Trademarks or otherwise violate any terms of this Agreement.

9. SANDOVAL and Corporate Defendants, on behalf of themselves, their partners, representatives, agents, attorneys, employees, successors, affiliates, employers, heirs, and assigns, and each of them, hereby release and forever discharge IDEAL and its past, present, and future officers, directors, franchises, employees, employers, attorneys, partners, agents, heirs, beneficiaries, subsidiary, successor, or predecessor, or predecessor corporations or partnerships, affiliates, assigns, and each of them, of and from any and all claims, demands, allegations, obligations, costs, damages, fees, or causes of action of any nature whatsoever arising out of their personal or business relations to date including, but not limited to, any claims relating to IDEAL'S allegation of SANDOVAL'S and Corporate Defendants' marketing, offering and providing the Unauthorized Merchandise, as well as the allegations contained in SANDOVAL'S Counterclaim against IDEAL and Jonathan Rivero. Furthermore, upon the execution of this Agreement SANDOVAL agrees to dismiss said Counterclaim without prejudice against IDEAL and Jonathan Rivero, and the releases

Initials: **IMTV**

| IDEAL | WS | TV | SUNSHINE | WSR | GLOBAL | GLOBAL INT'L |

contained in this paragraph shall also extend to Jonathan Rivero. This Release applies to any and all past and present causes of action up to and including the effective date of this Agreement. It is the intention of the Parties in executing this Agreement that this Agreement shall be effective as a bar to each and every claim, demand, and cause of action that the Parties might presently have against one another.

10. IDEAL, in consideration of the terms and conditions hereof, including, without limitation SANDOVAL'S and/or Corporate Defendants' cooperation with IDEAL, IDEAL on behalf of itself, its partners, representatives, agents, attorneys, employees, successors, affiliates, employees, heirs, and assigns, and each of them, hereby releases and forever discharges SANDOVAL and Corporate Defendants, and its past, present and future officers, directors, subsidiary, successor or predecessor corporations or partnerships, their affiliates, their assigns, and each of them of and from any and all claims, demands, allegations, obligations, costs, damages, fees or causes of action of any nature whatsoever, arising out of their personal and business relations to date, including but not limited to any such claims, demands, allegations, obligations, costs, fees or causes of action of any nature whatsoever relating to SANDOVAL'S and Corporate Defendants' marketing, offering and providing the Unauthorized Merchandise. Upon the execution of this Agreement, IDEAL agrees to dismiss its Complaint against SANDOVAL and Corporate Defendants without prejudice with the Court to retain jurisdiction to enforce the terms of this Agreements and the ensuing Permanent Injunction and Final Order. This Release applies to any and all past and present causes of action up to and including the effective date of this Agreement. It is the intention of the Parties in executing this Agreement that this Agreement shall be effective as a bar to each and every claim, demand, and cause of action that the Parties might presently have against one another. This release does not extend to any customer or supplier of SANDOVAL'S and Corporate Defendants, or any officers, directors, or shareholders thereof.

11. SANDOVAL and Corporate Defendants stipulate and agree that any items turned over to IDEAL'S undersigned counsel as provided for in this Agreement may be destroyed or disposed of at IDEAL'S discretion and in such manner as IDEAL deems appropriate. SANDOVAL and Corporate Defendants hereby waive any and all right,

Initials: _JMN_   ____   ____   ____   ____   ____   ____
         IDEAL   WS    TV    SUNSHINE   WSR   GLOBAL  GLOBAL INT'L

title, or interest to any merchandise turned over to IDEAL'S undersigned counsel and forever releases IDEAL from any and all claims arising out of their disposition.

12. IDEAL stipulates and agrees that SANDOVAL and Corporate Defendants currently pending trademark application for WORK SHAPERS, Serial Number 86442923, does not infringe upon IDEAL's Trademarks and the causing of the registration of such mark is not in breach of this Agreement. IDEAL further agrees not to oppose registration, or cause any opposition proceeding of the mark WORK SHAPERS.

13. Should any provision of this Agreement be declared or determined by any court of competent jurisdiction to be illegal or invalid, the validity of the remaining parts, terms, or provisions shall not be effected thereby and said illegal part, term, or provision shall be deemed not to be part of this Agreement and all other valid provisions shall survive and continue to bind the Parties hereto.

14. In reliance upon the truthfulness of all of the statements made above by SANDOVAL and Corporate Defendants, IDEAL jointly moves with SANDOVAL and Corporate Defendants for this Honorable Court to enter a Permanent Injunction and Final Order with respect to SANDOVAL and Corporate Defendants as provided for in the proposed Permanent Injunction and Final Order attached as Exhibit 2. IDEAL, SANDOVAL, and Corporate Defendants stipulate and move that the Permanent Injunction shall remain in full force and effect after the Court enters the Final Order and, further, that this Court retain jurisdiction over this matter to enforce the terms of this Agreement and Permanent Injunction, and should litigation ensue in connection to any such enforcement, the prevailing party shall be entitled to be reimbursed for any and all of its attorney's fees and costs incurred during such enforcement.

15. SANDOVAL and Corporate Defendants warrant that each of them have had ample time to discuss this Agreement with an attorney, and each of them have either done so or state that it is entirely unnecessary.

16. This Agreement shall be binding upon and inure to the benefit of the parties and their agents, servants, employees, officers, affiliates, representatives, successors, transferees, parents, and assigns.

17. Each party hereto represents and warrants that: (i) it has the requisite power and authority to enter into this Agreement, to perform its obligations hereunder, and to

Initials: IM1V
IDEAL   WS   TV   SUNSHINE   WSR   GLOBAL   GLOBAL INT'L

consummate the transactions contemplated hereby; (ii) there are no terms in any existing license or agreement that would frustrate the terms of this Agreement; and (iii) no other party exists whereby that party's consent or cooperation is required to carry out the terms of this Agreement. This Agreement has been duly executed and delivered by each party and constitutes a legal, valid and binding obligation of each party, fully enforceable in accordance with its terms.

18. The Court shall retain jurisdiction to enforce the terms of this Agreement and the ensuing Permanent Injunction and Final Order.

19. This Agreement shall be construed if it were prepared jointly by all affected persons and entities, and any uncertainty or ambiguity, or both, shall not be interpreted more adversely against either of the Parties.

20. The Parties hereto warrant and represent that each have carefully read this Agreement, and understand its terms and conditions without reservation. The Parties hereto acknowledge that they have had ample opportunity to consult with their respective legal counsel of their choice regarding this Agreement or that doing so is unnecessary. Finally, the Parties hereto acknowledge that that they have not relied on any representations or statements made by each other or their respective counsel or representatives with respect to the subject matter of this Agreement.

21. This Agreement may be signed in several counterparts, but all when taken together shall constitute but a single document when executed by all parties. This Agreement shall not constitute the Settlement Agreement and Consent to Permanent Injunction and Final Order until such time as it has been executed by all parties. Additionally, electronic signatures and/or facsimile signatures are deemed acceptable as original signatures.

[INTENTIONALLY LEFT BLANK]

Initials: _____  _____  _____  _____  _____  _____  _____
   IDEAL  WS  TV  SUNSHINE WSR GLOBAL GLOBAL INT'L

Date: _[signature]_____

Albert E. Acuña, Esq.
Florida Bar No. 545791

Albert E. Acuña, P.A.
782 N.W. 42nd Avenue, Suite 343
Miami, FL 33126
Tel.: (305) 548-5020
Fax: (305) 424-9284
AEAcuna@aeapalaw.com
*Attorney for Plaintiff, IDEAL DRTV, LLC*

Date: _[signature]_____

IDEAL DRTV, LLC
Jonathan Rivero, Manager

Date: _____

_____
Wilson Sandoval, individually
wsandoval@wsrproducts.com

Date: _____

_____
TV Promotions USA, LLC
Wilson Sandoval,

Date: _____

_____
Sunshine Trading, LLC
Wilson Sandoval, Manager

Date: _____

_____
WSR & Associates, Inc.
Wilson Sandoval, President

Date: _____

_____
Global Concepts Solutions, Inc.
Wilson Sandoval, President
Date: _____

_____
Global International Group, Inc.
Wilson Sandoval, President

Initials: **IDRV**
          ──────   ──   ──   ────────   ───   ──────   ──────────
          IDEAL    WS   TV   SUNSHINE   WSR   GLOBAL   GLOBAL INT'L